1  Jack Silver, Esq. SBN #160575
   Law Office of Jack Silver
2  Post Office Box 5469
   Santa Rosa, CA 95402-5469
3  Tel.   (707) 528-8175
   Fax.   (707) 528-8675
4  lhm28843@sbcglobal.net
5
   Attorneys for Plaintiff
6  NORTHERN CALIFORNIA RIVER WATCH
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11

| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation, | CASE NO.  C08-01613 BZ |
|---|---|
| Plaintiff, | **PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]** |
| v. | |
| BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY, and DOES 1 - 10, Inclusive, | |
| Defendants / | |

        Pursuant to Civil L.R. 3-16, plaintiff certifies that as of this date, other than the named parties to this action, plaintiff is aware of no other entities or persons having either any financial interest in these proceedings or any other kind of interest which could be substantially affected by the outcome of these proceedings.

Dated: March 28, 2008              /s/ Jack Silver
                                   JACK SILVER
                                   Attorney for Plaintiff
                                   NORTHERN CALIFORNIA RIVER WATCH

C08-01613 BZ
PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS