UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern California River Watch, a non-profit Corporation
　　　　　Plaintiff(s),

v.

Bay Area Diablo Petroleum Company dba Golden Gate Petroleum Company
　　　　　Defendant(s).

Case No. C08-01613 BZ

ADR CERTIFICATION BY PARTIES AND COUNSEL

　　　　Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

　　**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

　　**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 06-16-08

Dated: 06-16-08

No. California River Watch
[Party]

Jack Silvers
[Counsel]