## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTE ORDER**

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **7/7/08**                              Time: **4:14 p.m. - 4:17 p.m.**

**C -08-1613 BZ**

 **Northern California River Watch v Bay Area Diablo Petroleum Company**

Attorneys:    Pltf: Jack Silver    Deft: No Appearance
_____
Deputy Clerk: **Simone Voltz**

**PROCEEDINGS:**                    _____ **RULING:**

1. _____  _____
2. _____  _____

(  ) Status Conference     (  ) P/T Conference     ( x ) Case Management Conference

**ORDERED AFTER HEARING:**

_____

(  ) ORDER TO BE PREPARED BY:    Plntf_____    Deft_____    Court__

(  ) Referred to Magistrate For:

( x ) CASE CONTINUED TO___8/25/08 at 4:00p.m.___    for_Further CMC_

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                                       Type of Trial:  (  )Jury    (  )Court
Notes: _____
_____