Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants<br>　　　　　　　　　　　　　　　／ | CASE NO. C08-01613 BZ<br><br>**PLAINTIFF'S REQUEST TO ENTER DEFAULT AGAINST DEFENDANTS BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY**<br><br>Case Mgmt. Conf. Date - August 25, 2008 |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

　　Plaintiff NORTHERN CALIFORNIA RIVER WATCH hereby requests that the Clerk of the above-entitled court enter default in this matter against defendant **BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY** on the ground that said defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on defendant on June 11, 2008 as evidenced by the Proof of Service of Summons on file with this Court.

　　The above stated and further facts are set forth in the accompanying declaration of Jack Silver filed herewith.

Dated: July 23, 2008　　　　　　　　　　　　　*/s/ Jack Silver*
　　　　　　　　　　　　　　　　　　　　　　　JACK SILVER
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　NORTHERN CALIFORNIA RIVER WATCH

C8-01613 BZ
Plaintiff's Request to Enter Default

Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY and DOES 1-10, Inclusive,<br><br>Defendants / | CASE NO.  C08-01613 BZ<br><br>**DECLARATION OF JACK SILVER IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT AGAINST DEFENDANT BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY**<br><br>Case Mgmt Conf Date - August 25, 2008 |

I, Jack Silver, declare as follows:

1. I am attorney for Plaintiff NORTHERN CALIFORNIA RIVER WATCH in this action and I have personal knowledge of each matter stated herein.

2. Plaintiff's Complaint was filed in this matter on March 25, 2008. On March 27, 2008 my office forwarded a Waiver of Service and copies of the Complaint and Summons to Dennis O' Keefe, the President and Registered Agent for Defendant BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY.

3. As of May 30, 2008, as no Waiver of Service had been received by my office nor had Defendant or any counsel for Defendant been in contact with me, I called Defendant and left a message for Mr. O'Keefe informing him of the court's meet and confer deadline of June 16th and asking him to communicate with me.   I received no response whatsoever.

3. On June 3, 2008 I forwarded the pleadings in this matter to One Legal, a Registered Process Service and requested that Defendant be formally served. This was accomplished on June 11, 2008 via sub service. Proof of Service was filed with this Court (Court Doc. #6). Allowing for 5 additional days due to the substituted service, Defendant's Answer was due on or about July 7, 2008.

4. On June 23, 2008 I wrote to Dennis O' Keefe/ Defendant informing him of the court's deadline for filing a Joint Case Management Statement, and providing him with a draft of that document for his review. On June 30, 2008 Dennis O' Keefe called my office and spoke with my legal assistant Lisa Mador, informing her in somewhat hostile terms, that he did not belief the current lawsuit had merit and that he was mailing "something" to me. On July 1, 2008 I received the Joint Case Management Statement executed by Mr. Keefe, and containing his handwritten additions. That document was filed with the court on July 1, 2008 (Court Doc. # 9). Defendant did not appear at the scheduled Case Management Conference on July 7, 2008.

5. I wrote to Dennis O' Keefe on July 8, 2008, provided him with a copy of the Court's Civil Minute Order (Court Doc. # 10) and advised him that if Defendant did not either make an appearance or file a responsive pleading in this matter on or before July 21, 2008, I would proceed with default proceedings.

6. As of the date of this Declaration, Defendant has not appeared in this action and no responsive pleadings has been filed. I have had no further communication whatsoever from Dennis O' Keefe and no attorney has contacted me on behalf of Defendant.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 23rd day of July, 2008, at Santa Rosa, California.


                      /s/ *Jack Silver*
                      JACK SILVER