**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                         415.522.2000

July 25, 2008

**RE: <u>NORTHERN CALIFORNIA RIVER WATCH -v- BAY AREA DIABLO</u>**
  <u>**PETROLEUM COMPANY, Case No. C-08-1613-BZ**</u>

**Default** is *entered* as to **Defendant Bay Area Diablo Petroleum Company**, d/b/a Golden Gate Petroleum Company on 7/25/2008..

                                                                    RICHARD W. WIEKING, Clerk

                                                                    by: <u>Thelma Nudo</u>
                                                                         Deputy Clerk

NDC TR-4  Rev. 3/89