1  Jack Silver, Esq. SBN 160575
   Law Office of Jack Silver
2  Post Office Box 5469
   Santa Rosa, CA 95402-5469
3  Tel. (707) 528-8175
   Fax: (707) 528-8675
4  lhm28843@sbcglobal.net

5  Attorneys for Plaintiff
   NORTHERN CALIFORNIA RIVER WATCH
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | NORTHERN CALIFORNIA RIVER             | CASE NO. C08-01613 BZ
   | WATCH, a non-profit Corporation,      |
12 |                                       | **EX PARTE APPLICATION FOR LEAVE TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY; ORDER THEREON**
   |           Plaintiff,                  |
13 |     v.                                |
   |                                       |
14 | BAY AREA DIABLO PETROLEUM             |
   | COMPANY dba GOLDEN GATE               | Hearing Date:   August 25, 2008
15 | PETROLEUM COMPANY, and DOES           | Time:           4:00 p.m.
   | 1-10, Inclusive                       | Ctrm:           G, 15th Floor
16 |                                       | Judge:          Hon. Bernard Zimmerman
   |           Defendants.                 |
17 | _____/ |

18      A further Case Management Conference in this matter has been scheduled for August 25,
19  2008 at 4:00 p.m. Jack Silver, counsel for Plaintiff is scheduled for a speaking engagement in
20  Sonoma County on the afternoon of August 25, 2008, and respectfully requests the court allow him to
21  appear and participate telephonically at the Case Management Conference. A Clerk's Default against
22  Defendant issued in this matter on July 25, 2008 (Court Doc #12). Defendant has made no
23  appearance to date.

24  DATED: August 12, 2008            /s/ Jack Silver
                                      Attorney for Plaintiff
25                                    NORTHERN CALIFORNIA RIVER WATCH

26

27  C08-01613 BZ
    Ex Parte Application For Leave to Attend Case Management Conference Telephonically; Order Thereon
28
                                          1

1  **ORDER**

2  Good Cause appearing, **IT IS HEREBY ORDERED,** that Jack Silver, counsel for Plaintiff
3  may appear and participate telephonically in the Further Case Management Conference scheduled for
4  August 25, 2008 at 4:00 p.m.    Said counsel shall contact the Court at the following telephone
5  number to make his appearance _____.

6

7  DATED: _____    _____
8                              HON.  BERNARD ZIMMERMAN
                                U.S. MAGISTRATE JUDGE

27  C08-01613 BZ
28  Ex Parte Application For Leave to Attend Case Management Conference Telephonically;  Order Thereon

2