Jack Silver, Esq. SBN 160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel. (707) 528-8175
Fax: (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation,<br><br>  Plaintiff,<br>v.<br><br>BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY, and DOES 1-10, Inclusive<br><br>  Defendants. | CASE NO. C08-01613 BZ<br><br>**EX PARTE APPLICATION FOR LEAVE TO ATTEND CASE MANAGEMENT CONFERENCE TELEPHONICALLY; ORDER THEREON**<br><br>Hearing Date:  August 25, 2008<br>Time:         4:00 p.m.<br>Ctrm:         G, 15th Floor<br>Judge:        Hon. Bernard Zimmerman |

A further Case Management Conference in this matter has been scheduled for August 25, 2008 at 4:00 p.m. Jack Silver, counsel for Plaintiff is scheduled for a speaking engagement in Sonoma County on the afternoon of August 25, 2008, and respectfully requests the court allow him to appear and participate telephonically at the Case Management Conference. A Clerk's Default against Defendant issued in this matter on July 25, 2008 (Court Doc #12). Defendant has made no appearance to date.

DATED: August 12, 2008            /s/ Jack Silver
                                  Attorney for Plaintiff
                                  NORTHERN CALIFORNIA RIVER WATCH

C08-01613 BZ
Ex Parte Application For Leave to Attend Case Management Conference Telephonically; Order Thereon

1

**ORDER**

Good Cause appearing, **IT IS HEREBY ORDERED,** that Jack Silver, counsel for Plaintiff may appear and participate telephonically in the Further Case Management Conference scheduled for August 25, 2008 at 4:00 p.m.   ~~Said counsel shall contact the Court at the following telephone number to make his appearance~~ _____

DATED:  August 14, 2008

HON.  BERNARD ZIMMERMAN
U.S. MAGISTRATE JUDGE



IT IS SO ORDERED
Judge Bernard Zimmerman

```
Counsel shall contact
CourtCall, telephonic court
appearances at 1-888-882-6878,
and make arrangements for
the telephonic conference call.
```

C08-01613 BZ
Ex Parte Application For Leave to Attend Case Management Conference Telephonically;  Order Thereon

2