Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY and DOES 1-10, Inclusive,<br><br>Defendants | CASE NO. C08-01613 BZ<br><br>**PLAINTIFF'S SEPARATE CASE MANAGEMENT STATEMENT AND ~~[PROPOSED]~~ ORDER**<br><br>Date:      August 25, 2008<br>Time:     4:00 p.m.<br>Ctrm:     G, 15th Floor<br>Judge:    Hon. Bernard Zimmerman |

Defendant BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY has made no appearance in this matter to date. Plaintiff therefore submits this separate further Case Management Statement and Proposed Order.

## I. STATUS OF THE PLEADINGS

Initial Case Management Conference in this matter was held on July 7, 2008. Defendant failed to appear at that time. Plaintiff's counsel wrote to Defendant on July 8, 2008 advising Defendant of the August 25, 2008 further Case Management Conference date, and requesting that Defendant file a responsive pleading in this action. (Exhibit A). A Clerk's entry of Default against Defendant issued on July 25, 2008 (Court Doc. #12). Plaintiff formally served Defendant with the entry of Default by mail on July 28, 2008 (Exhibit B). Subsequently Plaintiff received

a copy of a communication from Defendant to this Court dated July 30, 2008 (Exhibit C). To date Defendant has made no appearance nor has Defendant obtained counsel.

## II. FACTS

The allegations of the Complaint, factual and legal issues in dispute and relief sought by Plaintiff in this matter remain unchanged since the filing of the Initial Case Management Statement (Court Doc. # 9).

## III. SCHEDULING

Plaintiff requests this Court schedule a further Case Management Conference no sooner than 120 days, thereby allowing Plaintiff time to explore additional avenues of communication with Defendant so as to bring this case to resolution, preferably by way of mediation. Failing to do so, Plaintiff will reluctantly proceed with its motion for default judgment.

DATED: August 18, 2008

/s/ *Jack Silver*
JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that this matter be continued to Nov. 10, 2008 @ 4:00 p.m. for further Case Management Conference.

It is further ordered as follows:

DATED:   August 19, 2008

HON. BERNARD ZIMMERMAN
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Bernard Zimmerman

# EXHIBIT A

# Law Office of Jack Silver

P.O. Box 5469     Santa Rosa, California 95402
Phone 707-528-8175     Fax 707-528-8675
lhm28843@sbcglobal.net



July 8, 2008

Dennis O'Keefe, President
Bay Area Diablo Petroleum Company
501 Shell Avenue
Martinez, California 94553

Re:   <u>Northern California River Watch v. Bay Area Diablo Petroleum Company dba Golden Gate Petroleum Company, et al</u>
U.S.D.C. Case No. C08-01613 BZ

Dear Mr. O'Keefe:

As you know, this matter was scheduled for a Case Management Conference before the U.S. District Court yesterday, July 7th at 4:00 p.m.   Judge Zimmerman has scheduled a further Case Management Conference as follows:

Date:       August 25, 2008
Time:       4:00 p.m.
Place:      U.S. District Court
            450 Golden Gate Avenue
            Courtroom G, 15th Floor
            San Francisco, CA

Summons, Complaint and all other pleadings were served upon Bay Area Diablo Petroleum on June 10, 2008.   An Answer and/or responsive pleading to the Complaint was due to be filed with the U.S. District Court no later than July 5, 2008.

Please be advised if an Answer to this lawsuit is not filed with the U.S. District Court by July 21st, I will move forward with a Request for Default and Motion for Default Judgment against Bay Area Diablo Petroleum.

Very truly yours,

Jack Silver

JS:lhm

# EXHIBIT B

1  Jack Silver, Esq. SBN #160575
   Law Office of Jack Silver
2  Post Office Box 5469
   Santa Rosa, CA 95402-5469
3  Tel.   (707) 528-8175
4  Fax.   (707) 528-8675
   lhm28843@sbcglobal.net
5
   Attorneys for Plaintiff
6  NORTHERN CALIFORNIA RIVER WATCH

7

8                 UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10

11
   NORTHERN CALIFORNIA RIVER              **CASE NO.: C08-01613 BZ**
12 WATCH, a non-profit corporation,
                                          **PROOF OF SERVICE BY MAIL**
13
              Plaintiff,
14     v.

15 BAY AREA DIABLO PETROLEUM
   COMPANY dba GOLDEN GATE
16 PETROLEUM COMPANY, and DOES
   1 - 10, Inclusive,
17
              Defendants.
18 _____/

19

C08-01613 BZ
Proof of Service                    1

## PROOF OF SERVICE

I am employed in the County of Sonoma, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 100 E Street, Suite 202, Santa Rosa, CA 95404.

On July 28, 2008, I served the following described document(s):

**Clerk's Entry of Default dated July 25, 2008**

on the following parties by placing a true copy in a sealed envelope, addressed as follows:

Dennis O'Keefe, President
and Registered Agent for Service
Bay Area Diablo Petroleum Company
501 Shell Avenue
Martinez, California 94553

[X]  (BY MAIL) I placed each such envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Santa Rosa, California, following ordinary business practices.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on July 28, 2008 at Santa Rosa, California.

*(signature)*
WOJCIECH P. MAKOWSKI

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 25, 2008

RE: <u>**NORTHERN CALIFORNIA RIVER WATCH -v- BAY AREA DIABLO PETROLEUM COMPANY, Case No. C-08-1613-BZ**</u>

**Default** is *entered* as to **Defendant Bay Area Diablo Petroleum Company**, d/b/a Golden Gate Petroleum Company on 7/25/2008..

RICHARD W. WIEKING, Clerk

by: <u>Thelma Nudo</u>
Deputy Clerk

NDC TR-4  Rev. 3/89

# EXHIBIT C

Corporate Office
501 Shell Avenue
Martinez, CA 94553
Tel 925-228-2222
Fax 925-957-9587

www.ggpetroleum.com

July 30th 2008

Attn: Magistrate Judge Bernard Zimmerman
U.S. District Court
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA. 94102

Re: <u>Northern California River Watch v. Bay Area Diablo Petroleum Company dba Golden Gate Petroleum Company, et al</u>
U.S.D.C. Case No. C08-01613 BZ

Dear Magistrate Judge Bernard Zimmerman:

Please be advised that I settled all legal matters with Mr. Silver in 2007 by paying $10,000.00 to the Sierra Club. Also, Bay Area/Diablo Petroleum Co. has been sued by the attorney general for the State of California (Case: C07-02593) and I believe that this case has precedent over Mr. Jack "Ambulance Chaser" Silver's actions.

I apologies for any untimely responses, but I now reside in Nevada and did not receive anything in a timely manner.

Best regards,

Dennis M. O'Keefe
Bay Area/Diablo Petroleum Co.


Cc: Mr. Jack Silver
    Mr. Dennis Kelly

**GOLDEN GATE PETROLEUM**
CORPORATE OFFICE
501 SHELL AVENUE
MARTINEZ, CA 94553

RETURN SERVICE REQUESTED

CERTIFIED MAIL™

7007 3020 0000 9752 6307

LAW OFFICE OF JACK SILVER
ATTN: JACK SILVER
P.O. BOX 5469
SANTA ROSA, CA  95402-5469

SANTA ROSA
1st NOTICE 8-1
2nd NOTICE
RETURNED