UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CA RIVER WATCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAY AREA DIABLO PETROLEUM CO. et al,<br><br>　　　　Defendant.　　　　　　　　　／ | Case Number: CV08-01613 BZ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2008, I SERVED a true and correct copy(ies) of the attached **PLAINTIFF'S SEPARATE CASE MANAGEMENT STATEMENT AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dennis O'Keefe, President
Bay Area Diablo Petroleum Co.
501 Shell Avenue
Martinez, CA 94553

Dated: August 19, 2008

　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　By: Rose Maher, Deputy Clerk

　　　　　　　　　　　　　　　　　　　*Rose Maher*