Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.  (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>            Plaintiff,<br>      v.<br><br>BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY and DOES 1-10, Inclusive,<br><br>            Defendants<br>_____/ | CASE NO.  C08-01613 BZ<br><br>**PLAINTIFF'S SEPARATE CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:    November 10, 2008<br>Time:    4:00 p.m.<br>Ctrm:    G, 15th Floor<br>Judge:   Hon. Bernard Zimmerman |

Defendant BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY has made no appearance in this matter to date.   Plaintiff therefore submits this separate further Case Management Statement and Proposed Order.

## I. STATUS OF THE PLEADINGS

A Clerk's entry of Default against Defendant issued on July 25, 2008 (Court Doc. #12). Plaintiff filed a Separate Case Management Statement on August 18th.  That document, together with the Court's Order of August 19, 2008 continuing the Case Management Conference to November 10, 2008 were served by mail on Defendant by the Clerk's Office on August 19, 2008. Since that time, Defendant has not communicated with Plaintiff or Plaintiff's counsel in any manner whatsoever; and, Defendant has not made an appearance.

## II. FACTS

The allegations of the Complaint, factual and legal issues in dispute and relief sought by Plaintiff in this matter remain unchanged since the filing of the Initial Case Management Statement (Court Doc. # 9).

## III. SCHEDULING

On October 24, 2008 Plaintiff filed an Application for Default Judgment against Defendant together with a Motion for Fees and Costs associated with said Application, which are scheduled for hearing before this Court on Wednesday, December 17, 2008 at 10:00 a.m.

Plaintiff therefore requests this Court re-set the further Case Management Conference presently scheduled for November 10, 2008 to a date after the Court has heard and ruled on Plaintiff's Application for Default Judgment and associated Motion for Fees and Costs.

DATED: November 3, 2008

/s/ *Jack Silver*
JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that this matter be continued to January 5, 2009 at 4:00pm for further Case Management Conference.

It is further ordered as follows:

DATED: November 3, 2008

HON. BERNARD ZIMMERMAN
U.S. DISTRICT COURT JUDGE

C08-01613 BZ
PLAINTIFF'S FURTHER CASE MANAGEMENT STATEMENT [PROPOSED] ORDER      2