Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br>v.<br><br>BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY and DOES 1-10, Inclusive,<br><br>Defendants<br>_____/ | CASE NO. C08-01613 BZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE<br><br>Judge: Hon. Bernard Zimmerman |

IT IS HEREBY ORDERED, that Plaintiff's Motion for Continuance of Plaintiff's Motion for Default Judgment is **GRANTED.**

Plaintiff's Motion for Default Judgment will be heard on Wednesday, March 25, 2009 at 10:00 a.m in Department G of this Court.

Plaintiff shall serve this Order on defendant.

Dated:  February 3, 2009       .         _____
                                          HON. BERNARD ZIMMERMAN
                                          U.S. MAGISTRATE JUDGE

C8-01613 BZ
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE