Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.    (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>            Plaintiff,<br>       v.<br><br>BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY and DOES 1-10, Inclusive,<br><br>            Defendants<br>_____/ | CASE NO.  C08-01613 BZ<br><br>**PLAINTIFF'S SEPARATE CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:      March 23, 2009<br>Time:     4:00 p.m.<br>Ctrm:     G, 15th Floor<br>Judge:    Hon. Bernard Zimmerman |

## I. STATUS OF THE PLEADINGS

Defendant BAY AREA DIABLO PETROLEUM COMPANY dba GOLDEN GATE PETROLEUM COMPANY ("Bay Area Diablo"), is admittedly represented by Mark S. Pollock, Esquire, but has made no appearance in this matter to date and remains in default.

Plaintiff Northern California River Watch ("River Watch") therefore submits this separate further Case Management Statement and Proposed Order.

## II. STATUS OF THE CASE

Subsequent to the filing of River Watch's prior Case Management Statement (Court Doc 33) the parties through their respective counsel, have met and conferred and have been able to settle their

C08-01613 BZ
PLAINTIFF'S FURTHER CASE MANAGEMENT STATEMENT [PROPOSED] ORDER                    1

disputes with respect to this action, the terms of settlement being incorporated into a final Settlement Agreement which is in the process of being circulated among the parties for execution at this time.

In view of the pending settlement, the parties request that the Case Management Conference now scheduled for March 23, 2009, be continued for a period of sixty (60) days to allow the parties time to finalize the terms of the Settlement Agreement and file a stipulated dismissal of the entire action.

### III.  MOTIONS

Currently also set for hearing before this Court on March 25, 2009 is River Watch's Motion for Entry of Default Judgment and accompanying Motion for Attorney Fees and Costs.

In view of the current status of this case, and the pending settlement, the parties request that said Motions be removed from the Court's calendar at this time. A Notice of Withdrawal of Motion is filed concurrently herewith.

DATED: March 18, 2009             /s/ *Jack Silver*
                                  JACK SILVER
                                  Attorney for Plaintiff
                                  NORTHERN CALIFORNIA RIVER WATCH

### [PROPOSED] CASE MANAGEMENT ORDER

It is hereby ORDERED that the Case Management Conference scheduled for March 23, 2009, be continued to Monday   June 1st   , 2009 at 4:00 p.m. in Courtroom G.

Plaintiff's Motion for Default Judgment and accompanying Motion for Attorney Fees and Costs are hereby removed from calendar.

DATED: March 18, 2009                     [signature]
                                          HON. BERNARD ZIMMERMAN
                                          U.S. DISTRICT COURT JUDGE